MATILDA F. BURBRIDGE, a widow, v. J. H. THERRELL, as Liquidator of the Bank of Bay Biscayne.

154 So. 926.

Division B.

Order Entered May 14, 1934.

*Vincent C. Giblin* and *Otto C. Stegemann,* for Appellant; *Redfearn & Ferrell,* for Appellee.

PER CURIAM.—The appeal in this case is from order striking amended answer of the defendant filed after affirmance of a former decree by this Court in the case of Burbridge v. Therrell, filed May 1, 1933, reported in 148 Sou. 204.

The order appealed from should be affirmed on authority of the opinion and judgment in the case of Burbridge v. Therrell, *supra.*

It is so ordered.

Affirmed.

DAVIS, C. J., and WHITFIELD, TERRELL and BUFORD, J. J., concur.

BROWN, J., disqualified.